No. 544, Misc. MILNE *v.* SHELL OIL Co. Sup. Ct. Vt. Certiorari denied.

No. 554, Misc. WENSTLEY *v.* McMANN, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 555, Misc. BOYDEN *v.* CURTIS, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 562, Misc. KENNELLY *v.* DAVIS. Sup. Ct. Fla. Certiorari denied. *Irma Robbins Feder* for petitioner. *Mac Mermell* for respondent.

No. 563, Misc. LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 573, Misc. MOREFIELD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 576, Misc. DEMES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 578, Misc. GONZALES *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 580, Misc. BURTON *v.* LLOYD, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 585, Misc. WILLIAMS *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.